■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ALLEN, Appellant. [957 NYS2d 903]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ingram, J.), rendered April 8, 2008, convicting him of attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15 [5]; People v Danielson, 9 NY3d 342, 348-349 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (see People v Mateo, 2 NY3d 383, 410 [2004], cert denied 542 US 946 [2004]; People v Bleakley, 69 NY2d 490, 495 [1987]). Upon reviewing the record, we are satisfied that the verdict of guilt was not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]). Angiolillo, J.P., Leventhal, Lott and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANADONI BENNETT, Appellant. [957 NYS2d 905]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Foley, J.), both imposed November 8, 2010, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's valid waivers of his right to appeal preclude review of his contention that the sentences imposed were excessive (see People v Bradshaw, 18 NY3d 257, 264-267 [2011]; People v Ramos, 7 NY3d 737, 738 [2006]; People v Lopez, 6 NY3d 248, 255 [2006]; People v Hidalgo, 91 NY2d 733, 735 [1998]; People v Santos, 98 AD3d 590 [2012]). Eng, P.J., Mastro, Dickerson, Lott and Miller, JJ., concur.